**RIETMANN LAW, P.C.**
1270 Chemeketa St. NE
Salem, Oregon 97301
Telephone: (503) 551-2740

Nathan R. Rietmann #053630
nathan@rietmannlaw.com

Attorneys for: Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **NO on 878**, *an Oregon referendum petition committee*; **JONATHAN POLONSKY**, *an individual*; **BRENT CHADWICK**, *an individual*, **JORDAN SCHWARTZ**, *an individual*; **JASON WILLIAMS**, *an individual,* **PLAID PANTRIES, INC**., *an Oregon corporation*; **HENRY'S VAPE, INC**., *an Oregon Corporation*; **SERENITY VAPORS, LLC**, *an Oregon limited liability corporation,*<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON COUNTY, *an Oregon home rule county,* PATRICK ALLEN, *in his official capacity as Director of the Oregon Health Authority*<br><br>Defendant. | Case No. 3:22-cv-00928<br><br>**MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br><br>43 U.S.C. 1983 |

## MOTION

Pursuant to Fed. R. Civ. 65, Plaintiffs "No on 878" committee, Jonathan Polonsky, Brent Chadwick, Jordan Schwartz, Jason Williams, Plaid Pantries, Inc. ("Plaid"), Henry's Vape, Inc. ("Henry's), and Serenity Vapors, LLC ("Serenity") respectfully move the Court for entry of a

temporary restraining order ("TRO") and preliminary injunction to prevent irreparable harm to Plaintiff's constitutionally protected rights and property interests guaranteed by the First and Fourteenth Amendments to the United States Constitution.

The specific relief Plaintiffs are seeking consists of TRO enjoining Defendants from enforcing Ordinance 878 as law against Plaintiffs' or any else for fourteen (14) days, and thereafter, a preliminary injunction extending this same relief for the pendency of the action. This specific relief is being requested to maintain the status quo and avoid irreparable harm to Plaintiffs before the merits of their claims may be heard.

Plaintiffs' motion is supported by their complaint on file, the declarations of Henry Thomassain, Jordan Schwartz, Jason Williams, Jonathan Polonsky, Nathan Rietmann, and memorandum of law to be separately submitted as promptly as practical circumstances allow.

Although Plaintiff's counsel has provided attorneys for the Defendants' notice of this motion, the materials in support of it show that "immediate and irreparable injury, loss, or damage will result to the movant[s] before the adverse party can be heard in opposition. Fed. R. Civ. P. 65(b)(1)(A). Specifically, these materials demonstrate: (a) threats of irreparable harm to Plaintiffs and others similarly situated that cannot be adequately remedied through money damages, (b) likelihood that Plaintiffs will succeed on the merits, and (c) that the balance of harms tips in favor of granting the TRO and the public interest favors issuing a TRO. Therefore, Plaintiffs respectfully requests entry of the TRO and the setting expedited hearing under Federal Rule of Civil Procedure 65(b)(3).

DATED June 29, 2022

RIETMANN LAW P.C.

*s/ Nathan R. Rietmann*

______________________________

Nathan R. Rietmann, OSB #053630
1270 Chemeketa St. NE
Salem, Oregon 97301
503-551-2740
nathan@rietmannlaw.com